UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RANDY MARLAN HAYNES #224393,

    Plaintiff,

v.

    Case No. 1:23-cv-1111

BRYAN MORRISON, et al.,

    HONORABLE PAUL L. MALONEY

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendants Morrison and Rurka filed a motion for summary judgment. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on December 16, 2024, recommending that this Court grant the motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 21) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 16) is GRANTED.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendants Morrison and Rurka are DISMISSED without prejudice.

Dated: January 14, 2025

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge